1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA      )   Case No. 12-CR-312-JAH
10                            )
              Plaintiff,      )
11                            )
      v.                      )   **JUDGMENT AND ORDER OF DISMISSAL**
12                            )   **OF INDICTMENT**
LETICIA PANO-TORRES (1),      )
13 LUIS ALVERTO CHAVEZ (2),   )
                              )
14            Defendants.     )
_____)
15

16      Upon motion of the UNITED STATES OF AMERICA and good cause

17 appearing,

18      IT IS HEREBY ORDERED that the indictment in Case No. 12-CR-312-

19 JAH against defendant LUIS ALVERTO CHAVEZ (2) be dismissed without

20 prejudice.

21      IT IS SO ORDERED.

22      DATED: April 25, 2012

23

24      _____
        HONORABLE JOHN A. HOUSTON
25      United States District Judge

26

27

28